1  THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
2  Sacramento, CA 95814
Telephone: (916) 422-4022
3  Attorney for Defendant ALVINO SALMERON

4

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )  Case No.: 2:10-CR-0507-WBS
9                                    )
                                     )  STIPULATION AND [PROPOSED]
10             Plaintiff,            )  ORDER TO CONTINUE STATUS
                                     )  CONFERENCE
11      vs.                          )
   ALVINO SALMERON,                  )  Date:    February 21, 2012
12 IVAN LEYVA                        )  Time:    9:30 a.m.
                                     )  Judge:   Hon. William B. Shubb
13             Defendants.           )

14

15      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

16 Status Conference scheduled for January 17, 2012 at 9:30 a.m. is continued to February

17 21, 2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United

18 States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L.

19 Staniels, attorney for Ivan Leyva, are requesting such continuance in order to continue

20 review of discovery and for preparation of counsel. All parties stipulate and agree that

21 the ends of justice are served by this continuance outweigh the best interest of the public

22 and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

23      It is further stipulated that the period from the date of this stipulation through and

24 including February 21, 2012, be excluded in computing the time within which trial must

25 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18

26 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

27 The ends of justice served by the continuance outweigh the best interest in the public and

28 the Defendants in a speedy trial.

1 **IT IS SO STIPULATED.**

2

3 DATED: January 12, 2012            By:    /s/ Thomas A. Johnson_____
                                             THOMAS A. JOHNSON

4                                              Attorney for Defendant
                                             ALVINO SALMERON

5

6 DATED: January 12, 2012            By:    /s/ Thomas A. Johnson for_____
                                             JEFFREY L. STANIELS

7                                              Attorney for Defendant
                                             IVAN LEYVA

8

9 DATED: January 12, 2012                            BENJAMIN WAGNER

10                                              United States Attorney

11                          By:    /s/ Thomas A. Johnson for
                                             DANIEL S. MCCONKIE, JR.

12                                              Assistant U.S. Attorney

13

14 **ORDER**

15       IT IS HEREBY ORDERED that the January 17, 2012 Status Conference be

16 continued to February 21, 2012 at 9:30 a.m. The court finds that the ends of justice

17

18 warrant an exclusion of time and that the defendants' need for continuity and reasonable

19 time for preparation exceeds the public interest in a speedy trial. THEREFORE, IT IS

20 FURTHER ORDERED that time be excluded in computing the time within which trial

21

22 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii),

23 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

24 Dated:    January 13, 2012

25

26 WILLIAM B. SHUBB

27 UNITED STATES DISTRICT JUDGE

28