```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    IVAN LEYVA
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,        ) No. 2:10-cr-0507 WBS
                                     )
13                 Plaintiff,        )
                                     ) STIPULATION AND [PROPOSED] ORDER
14       v.                          ) EXCLUDING TIME
                                     )
15  ALVINO SALMERON,                 )
    IVAN LEYVA,                      ) Date:  February 21, 2012
16                                   ) Time:  8:30 a.m.
                   Defendants.       ) Judge: Hon. William B. Shubb
17  _____  )

18
```

**IT IS STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the status conference currently scheduled for February 21, 2012, be vacated and continued until March 12, 2012, for further status conference.

This continuance is requested to permit further defense preparation and continuity of counsel, and particularly to continue on-going efforts to reach mutually acceptable terms for resolution of the case without trial. The court is advised that counsel have conferred

about such terms and need to consult with clients about the current status of terms. This effort needs more planning and coordination among counsel since the clients are housed to the Nevada County jail.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from February 21, 2012, through and including March 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Dated: February 17, 2012
/S/ *Daniel S. McConkie*
DANIEL S. MCCONKIE, JR.
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: February 17, 2012
/S/ *Jeffrey L. Staniels*
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
IVAN LEYVA

Dated: February 17, 2012
/S/ *Thomas A. Johnson*
THOMAS A. JOHNSON
Attorney for Defendant

**O R D E R**

Based on the representations of counsel that further preparation and consultation is needed before trial or non-trial resolution can occur, the court finds that the interests of justice served by granting additional time as requested by counsel until March 12, 2012,, outweigh the best interest of the public and the defendants in a speedy trial.

The request for a continuance is therefore GRANTED, and time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C.

§3161(h)(7)(B)(iv), Local Code T-4, from February 21, 2012 until March 12, 2012.

**IT IS SO ORDERED.**

By the Court,

Dated: February 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE