THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 422-4022
Attorney for Defendant ALVINO SALMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-0507-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| ALVINO SALMERON, IVAN LEYVA | ) Date: April 30, 2012<br>) Time: 9:30 a.m.<br>) Judge: Hon. William B. Shubb |
| Defendants. | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 12, 2012 at 9:30 a.m. is continued to April 30, 2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L. Staniels, attorney for Ivan Leyva, are requesting such continuance in order to continue review of discovery and for preparation of counsel. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

It is further stipulated that the period from the date of this stipulation through and including April 30, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

STIPULATION AND ORDER        - 1 -

**IT IS SO STIPULATED.**

DATED: March 9, 2012          By:   /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Defendant
                                    ALVINO SALMERON

DATED: March 9, 2012          By:   /s/ Thomas A. Johnson for
                                    JEFFREY L. STANIELS
                                    Attorney for Defendant
                                    IVAN LEYVA

DATED: March 9, 2012                BENJAMIN WAGNER
                                    United States Attorney

                              By:   /s/ Thomas A. Johnson for
                                    DANIEL S. MCCONKIE, JR.
                                    Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that the March 12, 2012 Status Conference be continued to April 30, 2012 at 9:30 a.m. The court finds that the ends of justice warrant an exclusion of time and that the defendants' need for continuity and reasonable time for preparation exceeds the public interest in a speedy trial. THEREFORE, IT IS FURTHER ORDERED that time be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

Dated:   March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE