1
THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
2
Sacramento, CA 95814
Telephone: (916) 422-4022
3
Attorney for Defendant ALVINO SALMERON
4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,             ) Case No.: 2:10-CR-0507-WBS
                                          )
10             Plaintiff,                 ) STIPULATION AND [PROPOSED]
                                          ) ORDER TO CONTINUE STATUS
11        vs.                             ) CONFERENCE
                                          )
    ALVINO SALMERON,                      ) Date:    June 11, 2012
12  IVAN LEYVA                            ) Time:    9:30 a.m.
                                          ) Judge:   Hon. William B. Shubb
13             Defendants.                )

14

15        **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

16  Status Conference scheduled for April 30, 2012 at 9:30 a.m. is continued to June 11,

17  2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United

18  States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L.

19  Staniels, attorney for Ivan Leyva, are requesting such continuance in order to continue

20  review of discovery and for preparation of counsel.  Mr. Johnson recently concluded a

21  federal trial and the jury is still deliberating.  All parties stipulate and agree that the ends

22  of justice are served by this continuance outweigh the best interest of the public and

23  Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

24        It is further stipulated that the period from the date of this stipulation through and

25  including June 11, 2012, be excluded in computing the time within which trial must

26  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18

27  U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

28

                         STIPULATION AND ORDER          - 1 -

The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**


DATED: April 27, 2012                    /s/THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          ALVINO SALMERON


DATED: April 27, 2012          By:    /s/  Thomas A. Johnson for_____
                                          JEFFREY L. STANIELS
                                          Attorney for Defendant
                                          IVAN LEYVA


DATED: April 27, 2012                    BENJAMIN WAGNER
                                          United States Attorney

                               By:    /s/ Thomas A. Johnson for
                                          DANIEL S. MCCONKIE, JR.
                                          Assistant U.S. Attorney


## ORDER

IT IS HEREBY ORDERED that the April 30, 2012 Status Conference be

continued to June 11, 2012 at 9:30 a.m.  The court finds that the ends of justice warrant

an exclusion of time and that the defendants' need for continuity and reasonable time for

preparation exceeds the public interest in a speedy trial.  THEREFORE, IT IS FURTHER

ORDERED that time be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18

U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

Dated:          April 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE