THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Alvino Salmeron

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALVINO SALMERON,<br>IVAN LEYVA<br><br>    Defendants. | Case No.: 2:10-CR-0507-WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

    Plaintiff, United States of America, by and through the counsel of record, and Defendant, Alvino Salmeron, and Jeffrey L. Staniels, attorney for Ivan Leyva, by and through the counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on September 24, 2012.

    2.    By this stipulation, Defendants now moves to continue the status conference until October 22, 2012 and to exclude time between September 24, 2012 and October 22, 2012 under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

1

      b. Counsel for Defendant, Alvino Salmeron, desires additional time in order to continue review of the discovery, to conduct research related to the charges, and to explore a potential resolution.

      c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d. The government does not object to the continuance.

      e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 19, 2012 to September 13, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: September 19, 2012            By:     /s/ Thomas A. Johnson
                                                                         THOMAS A. JOHNSON
                                                                         Attorney for Defendant
                                                                         ALVINO SALMERON

| | | |
|---|---|---|
| DATED: September 19, 2012 | By: | /s/ Thomas A. Johnson for<br>JEFFREY L. STANIELS<br>Attorney for Defendant<br>IVAN LEYVA |
| DATED: September 19, 2012 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>DANIEL S. MCCONKIE, JR.<br>Assistant U.S. Attorney |

### **ORDER**

**IT IS SO ORDERED.**
Dated:   September 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE