1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   IVAN LEYVA
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        ) No. 2:10-cr-0507 WBS
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND [~~PROPOSED~~] ORDER
14     v.                           ) EXCLUDING TIME
                                    )
15 ALVINO SALMERON,                 )
   IVAN LEYVA,                      ) Date:  October 22, 2012
16                                  ) Time:  9:30 a.m.
                Defendants.         ) Judge: Hon. William B. Shubb
17 _____  )

18

19     **IT IS STIPULATED** by and among Assistant United States Attorney

20 Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal

21 Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and

22 Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the

23 status conference currently scheduled for October 22, 2012, be vacated

24 and continued until November 19, 2012, for further status conference.

25     This continuance is sought to permit counsel to continue ongoing

26 conversations regarding a possible plea agreement, to review recently

27 received additional discovery, and to consult with clients who are

28 housed in Nevada County. The court is advised that recent discussions

have resulted in substantial progress toward finalizing offers from the government which are expected to be made within the next week or ten days.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from October 22, 2012, through and including November 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Dated: October 19, 2012 /S/ *Daniel S. McConkie*
DANIEL S. MCCONKIE, JR.
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: October 19, 2012 /S/ *Jeffrey L. Staniels*
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
IVAN LEYVA

Dated: October 19, 2012 /S/ *Thomas A. Johnson*
THOMAS A. JOHNSON
Attorney for Defendant

# O R D E R

Based on the representations of counsel, the court finds that the interests of justice served by granting additional time as requested by counsel until November 19, 2012, outweigh the best interest of the public and the defendants in a speedy trial.

The request for a continuance is therefore GRANTED, and time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4, from October 22, 2012 until November 19, 2012.

**IT IS SO ORDERED.**

By the Court,

Dated: October 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE