```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   IVAN LEYVA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0507 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING SENTENCING |
| | ) |
| IVAN LEYVA, | ) Date: February 19, 2013 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

**IT IS STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, that the sentencing proceedings currently scheduled for February 19, 2013, be vacated and continued until March 11, 2013.

This continuance is requested to permit an unhurried opportunity for government counsel to respond, if he so chooses, to the Sentencing Memorandum filed yesterday, February 14, 2013, on behalf of Mr. Leyva, and also to permit unhurried consideration of all memoranda by the court.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated expressly by this requested continuance, and that the time requested is limited to a reasonable period under the circumstances.

**IT IS SO STIPULATED**.

Dated: February 15, 2013     /S/ *Daniel S. McConkie*
                             DANIEL S. MCCONKIE, JR.
                             Assistant U.S. Attorney
                             Counsel for Plaintiff

Dated: February 15, 2013     /S/ *Jeffrey L. Staniels*
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             IVAN LEYVA

**O R D E R**

The request for a continuance is GRANTED. Sentencing proceedings are hereby continued from February 19, 2013 until March 11, 2013 at 9:30 a.m.

**IT IS SO ORDERED**.

By the Court,

Dated: February 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE