BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>ALVINO SALMERON,<br><br>　　　　Defendant. | CR NO. 2:10-CR-0507-01-WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED** that the Judgment and Sentencing scheduled for June 17, 2013, at 9:30 a.m. is continued to August 26, 2013, at 9:30 a.m. The continuance is requested to allow the parties sufficient time to resolve any dispute in connection with the Pre-Sentence Report. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

DATED: March 14, 2013　　　　　　　　　　　By:　/s/ Daniel S. McConkie
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL S. McCONKIE
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

DATED: March 14, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Daniel S. McConkie for
THOMAS A. JOHNSON
Attorney for Alvino Salmeron
[per email authorization]

**IT IS SO ORDERED.**

DATED: March 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 2:10-CR-0507-WBS |
| ) | |
| Plaintiff, ) | MODIFICATION OF SCHEDULE FOR |
| v. ) | PRE-SENTENCE REPORT AND FOR FILING |
| ) | OF OBJECTIONS TO THE PRE-SENTENCE |
| ) | REPORT |
| ALVINO SALMERON, ) | |
| ) | |
| Defendant. ) | |

The Probation Officer and all parties shall adhere to this schedule:

| | |
|---|---|
| Judgment and Sentencing date: | August 26, 2013 at 9:30 a.m. |
| Reply or Statement | August 19, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 5, 2013 |
| The Pre-Sentence Report shall be filed with The court and disclosed to counsel no later than: | July 29, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel No later than: | July 22, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | July 8, 2013 |

3