THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Alvino Salmeron

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0507-01 WBS |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs. | |
| ALVINO SALMERON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 26, 2013, at 9:30 a.m. is continued to October 7, 2013, at 9:30 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 17, 2013                    By:   /s/ Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Attorney for Defendant
                                              ALVINO SALMERON

1

| | |
|---|---|
| DATED: June 17, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Thomas A. Johnson for<br>DANIEL MCCONKIE<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: June 18, 2013

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVINO SALMERON,

    Defendant.

Case No.: 2:10-CR-0507-WBS

MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | October 7, 2013 |
| Reply or Statement | September 30, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 23, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 16, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 9, 2013 |

3